PEOPLE v LEWANDOWSKI

Docket No. 56991. Decided August 19, 1975.

Michael A. Lewandowski was convicted in the St. Clair Circuit
Court, Kenneth J. Stommel, J., of second-degree murder and
assault with intent to commit murder on his plea of nolo
contendere. The Court of Appeals, Danhof, P. J., and Bashara
and Allen, JJ., affirmed (Docket Nos. 18598, 18599). On applica-
tion for leave to appeal, reversed and remanded.

58 Mich App 18; 226 NW2d 843 (1975) and 60 Mich App 455;
231 NW2d 392 (1975) reversed.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *Peter E. Deegan,*
Prosecuting Attorney, and *Peter R. George,* Chief
Appellate Attorney, for the people.

*Hall & Andary (J. Thomas McGovern,* of coun-
sel) for defendant.

MEMORANDUM OPINION. Defendant here chal-
lenges the refusal of the trial court to grant his
request, made before sentence was imposed, to
withdraw his nolo contendere pleas to second-de-
gree murder and assault with intent to murder.
The Court of Appeals affirmed that refusal and the
facts are more fully stated in the two opinions (one
on rehearing) reported in 58 Mich App 18; 226
NW2d 843, and 60 Mich App 455; 231 NW2d 392.

Pursuant to GCR 1963, 853.2(4), in lieu of leave
to appeal, the Court hereby reverses the decisions
of the Court of Appeals and the trial court denying
defendant's motion to withdraw his pleas and
remands the case to the trial court for further
proceedings on the original charges consonant

with *People v Bencheck,* 360 Mich 430; 104 NW2d 191 (1960), and *People v Zaleski,* 375 Mich 71; 133 NW2d 175 (1965).

T. G. KAVANAGH, C. J., and WILLIAMS, LEVIN, M. S. COLEMAN, J. W. FITZGERALD, and LINDEMER, JJ., concurred.

SWAINSON, J., took no part in the decision of this case.